IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V. ) | Criminal No. 10-30010-DRH |
| ) | |
| **KEVIN J. BROWN**, ) | |
| ) | |
| Defendant. ) | |

## ORDER

**PROUD, Magistrate Judge:**

On January 22, 2010, the defendant appeared for arraignment. The government moved to voluntarily dismiss the indictment. **(Doc. 6).** The government also orally moved to unseal the motion, which had been inadvertently filed under seal. There was no objection by the defendant.

The dismissal of an indictment upon motion of *the government* is within the prerogative of a magistrate judge. 28 U.S.C. § 636(b)(1)(A).

**IT IS THEREFORE ORDERED** that the government's oral motion to unseal the motion to dismiss is **GRANTED**. The Clerk shall unseal the motion **(Doc. 6)**.

**IT IS FURTHER ORDERED** that the government's motion to dismiss the indictment **(Doc. 6)** is **GRANTED**. The Clerk of Court shall enter judgment accordingly.

IT IS SO ORDERED.

DATED: January 22, 2010

                                                 **s/ Clifford J. Proud**
                                                 **CLIFFORD J. PROUD**
                                                 **U. S. MAGISTRATE JUDGE**