IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| -vs- | ) ) NO. 10-30010-DRH |
| KEVIN J. BROWN, | ) ) ) |
| Defendants. | ) ) |

## JUDGMENT IN A CRIMINAL CASE

**IT IS HEREBY ORDERED AND ADJUDGED** that this case is dismissed without prejudice in accordance with an Order entered by United States Magistrate Judge Clifford J. Proud, on January 22, 2010, (**Doc. 10**).

**DATED** this 22nd day of January, 2010

NANCY J. ROSENSTENGEL, CLERK

BY: S/ Angela Vehlewald
     Deputy Clerk

Approved by   S/ Clifford J. Proud
         **United States Magistrate Judge
         Clifford J. Proud**